In the Matter of KATHERINE G. BURRI, Individually and as President of the Civil Service Forum, Council 189, et al., Respondents, against CITY OF NEW YORK et al., Appellants.

Argued November 18, 1943; decided January 6, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* and *Charles F. Murphy* of counsel), for appellants.

*Albert De Roode* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.  Taking no part: THACHER, J.